US DISTRICT COURT INDEX SHEET

















JPP

3:93-M-3056 USA V. FELIX

*2*

*CRO*

| | |
|---|---|
| 1 | GREGORY A. VEGA |
| | United States Attorney |
| 2 | GONZALO P. CURIEL |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 124081 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7042 |
| 6 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

93 mj 3056

| UNITED STATES OF AMERICA, | ) Criminal No. |
| --- | --- |
| Plaintiff, | ) MOTION AND ORDER TO |
| | ) UNSEAL COMPLAINT FOR |
| v. | ) PROVISIONAL ARREST AND |
| | ) WARRANT FOR ARREST |
| BENJAMIN ARELLANO FELIX (1), | ) |
| Defendant. | ) |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Gregory A. Vega, United States Attorney, and Gonzalo P. Curiel, Assistant United States Attorney, and hereby requests that the complaint for provisional arrest and warrant for arrest in the above-referenced case against defendant Benjamin Arellano Felix be unsealed.

DATED: May 15, 2000.

Respectfully submitted,

GREGORY A. VEGA
United States Attorney

GONZALO P. CURIEL
Assistant U.S. Attorney

1 **ORDER**

2 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the complaint for

3 provisional arrest and warrant for arrest in the above-referenced case against defendant

4 Benjamin Arellano Felix in Criminal Case No. 93mg3056 be unsealed.

5 SO ORDERED.

6 DATED: 5-16-00

*[signature]*
HONORABLE LARRY A. BURNS
7 United States Magistrate-Judge

2     93mg3056

## ORDER

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the complaint for provisional arrest and warrant for arrest in the above-referenced case against defendant Benjamin Arellano Felix in Criminal Case No. 93mg3056 be unsealed.

SO ORDERED.

DATED: 5-16-00

_Larry A. Burns_
HONORABLE LARRY A. BURNS
United States Magistrate-Judge